IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FRANCISCO MATDONADO,                    CASE NO.: 8-24-CV-00927

     Plaintiff,

v.

TRUST ROOFING, INC.,
ROBIN SCHERER, and
WINNIE SCHERER

     Defendant.

_____/

## **NOTICE OF APPEARANCE AND LEAD COUNSEL**

To:    The clerk of court and all parties of record

     **Brian D. Rubenstein, Esq.**, of Cole, Scott & Kissane, P.A., who is admitted

and authorized to practice in this Court, hereby gives notice of her appearance in this

case as Lead Counsel for Defendants, TRUST ROOFING, INC., ROBIN SCHERER,

and WINNIE SCHERER.

     DATED this 29th day of April, 2024.

               Respectfully submitted,

               ***/s/ Brian D. Rubenstein***
               BRIAN D. RUBENSTEIN
               LEAD COUNSEL
               Florida Bar No:  16997
               ANNA M. URIE
               Florida Bar No:  127455

1

COLE, SCOTT & KISSANE, P.A.
500 N. Westshore Blvd, Suite 700
Tampa, FL 33609
Primary Email:
Brian.Rubenstein@csklegal.com
Secondary Email:
Patricia.Toney@csklegal.com
Telephone: (813) 864-9324
Facsimile: (813) 286-2900
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29th day of April, 2024, a true copy and correct copy of the foregoing as filed with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to Counsel of Record.

*/s/ Brian D. Rubenstein*