UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 8:24-cv-00927-JSM-AAS

FRANCISCO MATDONADO,

    Plaintiff,

vs.

TRUST ROOFING, INC.,
ROBIN SCHERER, AND
WINNIE SCHERER,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE
ON DEFENDANT, TRUST ROOFING, INC.**

Plaintiff Francisco Maldonado file the Return of Service on Defendant Trust Roofing, Inc c/o Winnie Scherer, its Registered Agent. (served on April 26, 2024).

Dated this 29th day of April 2024.

                                          s/Brian H. Pollock, Esq.
                                          Brian H. Pollock, Esq.
                                          Fla. Bar No. 174742
                                          brian@fairlawattorney.com
                                          FAIRLAW FIRM
                                          135 San Lorenzo Avenue
                                          Suite 770
                                          Coral Gables, FL 33146
                                          Tel:   305.230.4884
                                          *Counsel for Plaintiff*