## VERIFIED RETURN OF SERVICE

Job # MIA16007

**Client Info:**

FairLaw Firm
135 San Lorenzo Ave, Suite 770
Coral Gables, FL  33146

**Case Info:**

| | |
|---|---|
| **PLAINTIFF:** | UNITED STATES DISTRICT COURT |
| FRANCISCO MATDONADO, | Court Division: MIDDLE DISTRICT OF FLORIDA |
| -versus- | |
| **DEFENDANT:** | Court Case # **8:24-CV-00927** |
| TRUST ROOFING, INC., ET AL | |

**Service Info:**

**Received by Richard Abbazia:** on April, 25th 2024 at **11:20 AM**
**Service:** I Served **TRUST ROOFING, INC. c/o WINNIE SCHERER, its Registered Agent**
With: **SUMMONS; COMPLAINT**
by leaving with **Jerrod Ruble, Production Manager**

**At Business 2322 LAKE AVE SE SUITE A LARGO, FL 33771**
On **4/26/2024** at **10:05 AM**
**Manner of Service: CORPORATE**
CORPORATE SERVICE WAS PERFORMED BY DELIVERING A TRUE COPY TO DESIGNATED PERSON TO ACCEPT PURSUANT TO F.S. 48.081 (1)(a)(b)(c)(d), (2) or (3).

**Served Description:  (Approx)**

Age: **38**, Sex: **Male**, Race: **White-Caucasian**, Height: **5' 9"**, Weight: **185**, Hair: **Black** Glasses:  **No**

I **Richard Abbazia** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

*Rich Abz* (signature)

**Richard Abbazia**
Lic # **APS13460**

**Accurate Serve of Plantation**
151 N. Nob Hill Road, Suite 254
Plantation, FL 33324

Client # Maldonado vs. Trust Roofing
Ref # 69262




1 of 1