UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 8:24-CV-00927-JSM-AAS

FRANCISCO MATDONADO,

    Plaintiff,

vs.

TRUST ROOFING, INC.,
ROBIN SCHERER, AND
WINNIE SCHERER,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF LEAD COUNSEL DESIGNATION BY BRIAN H. POLLOCK, ESQ.

Plaintiff, Francisco Matdonado, pursuant to M.D. Fla. Local Rule 2.02a, notifies the Court and all parties that Brian H. Pollock, Esq. of the FairLaw Firm shall serve as Lead Counsel for Plaintiff in this case.

Dated this 29th day of April 2024.

                                                s/Brian H. Pollock, Esq.
                                                Brian H. Pollock, Esq (174742)
                                                brian@fairlawattorney.com
                                                FAIRLAW FIRM
                                                135 San Lorenzo Avenue
                                                Suite 770
                                                Coral Gables, FL 33146
                                                Tel: 305.230.4884
                                                *Counsel for Plaintiff*