IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FRANCISCO MATDONADO,   CASE NO.: 8-24-CV-00927

    Plaintiff,

v.

TRUST ROOFING, INC.,
ROBIN SCHERER, and
WINNIE SCHERER

    Defendant.
_____/

## NOTICE OF APPEARANCE

To:   The clerk of court and all parties of record

**Anna M. Urie, Esq.**, of Cole, Scott & Kissane, P.A., who is admitted and authorized to practice in this Court, hereby gives notice of her appearance in this case as counsel for Defendants, TRUST ROOFING, INC., ROBIN SCHERER, and WINNIE SCHERER.

DATED this 29th day of April 2024.

>Respectfully submitted,
>
>*/s/ Anna M. Urie*
>ANNA M. URIE
>Florida Bar No:  127455
>COLE, SCOTT & KISSANE, P.A.
>500 N. Westshore Blvd, Suite 700
>Tampa, FL 33609
>Primary Email:
>Anna.Urie@csklegal.com
>Secondary Email:
>Joanne.DelValle@csklegal.com
>Secondary Email:
>Cynthia.Acuna-Nelson@csklegal.com
>Telephone: (813) 509-2632
>Facsimile: (813) 286-2900
>Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29th day of April, 2024, a true copy and correct copy of the foregoing as filed with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to Counsel of Record.

>*/s/ Anna M. Urie*

2