UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 8:24-cv-00927-JSM-AAS

FRANCISCO MATDONADO,

    Plaintiff,

vs.

TRUST ROOFING, INC.,
ROBIN SCHERER, AND
WINNIE SCHERER,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE ON DEFENDANT, ROBIN SCHERER.**

Plaintiff Francisco Maldonado file the Return of Service on Defendant Robin Scherer. (served on April 26, 2024).

Dated this 30th day of April 2024.

                                    s/Brian H. Pollock, Esq.
                                    Brian H. Pollock, Esq.
                                    Fla. Bar No. 174742
                                    brian@fairlawattorney.com
                                    FAIRLAW FIRM
                                    135 San Lorenzo Avenue
                                    Suite 770
                                    Coral Gables, FL 33146
                                    Tel:   305.230.4884
                                    *Counsel for Plaintiff*