# VERIFIED RETURN OF SERVICE

Job # MIA16008

**Client Info:**

FairLaw Firm
135 San Lorenzo Ave, Suite 770
Coral Gables, FL  33146

**Case Info:**

| | |
|---|---|
| **PLAINTIFF:** | UNITED STATES DISTRICT COURT |
| FRANCISCO MATDONADO, | Court Division: MIDDLE DISTRICT OF FLORIDA |
| -versus- | |
| **DEFENDANT:** | Court Case # **8:24-CV-00927** |
| TRUST ROOFING, INC., ET AL | |

**Service Info:**

Received by Richard Abbazia: on April, 25th 2024 at **11:19 AM**
**Service:** I Served **ROBIN SCHERER**
With: **SUMMONS; COMPLAINT**
by leaving with **WINNIE SCHERER, MOTHER / CO-RESIDENT**

**At Residence 1799 SAINT PAULS DRIVE CLEARWATER, FL 33764**
On **4/26/2024** at **08:17 AM**
**Manner of Service: SUBSTITUTE SERVICE:**
FS 48.031(1)a SERVICE UPON ANY CO-RESIDENT RESIDING THEREIN 15 YEARS OF AGE OR ABOVE, AND THE PROCESS BEING EXPLAINED TO THE PERSON WHO ACCEPTED SAID PROCESS.

**Served Description: (Approx)**

Age: **60**, Sex: **Female**, Race: **White-Caucasian**, Height: **5' 5"**, Weight: **140**, Hair: **Gray** Glasses: **No**

I **Richard Abbazia** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

*Richard Abbazia (signature)*

**Richard Abbazia**
Lic # **APS13460**

**Accurate Serve of Plantation**
151 N. Nob Hill Road, Suite 254
Plantation, FL 33324

Client # Maldonado vs. Trust Roofing
Ref # 69261


