UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 8:24-CV-00927-JSM-AAS

FRANCISCO MATDONADO,

    Plaintiff,

vs.

TRUST ROOFING, INC.,
ROBIN SCHERER, AND
WINNIE SCHERER,

    Defendants.
_____/

## JOINT MOTION FOR CASE MANAGEMENT CONFERENCE

Plaintiff Francisco Matdonado and Defendants Trust Roofing, Inc., Robin Scherer, and Winnie Scherer, by and through their respective undersigned counsel, hereby request that the Court conduct a Case Management Conference pursuant to the Court's Order Referring Case to U.S. Magistrate Judge for Consideration of the Inexpensive Determination, Efficient, and Abbreviated Litigation (IDEAL) Program [ECF No. 4].

Or in the alternative, the parties request the Court enter an order allowing the parties to confer in a Case Management Conference, pursuant to Rule 26 of the Federal Rules of Civil Procedure, and 3.02 Local Rules for the Middle District of Florida and file a proposed Case Management Report for the Court's review and approval.

Dated this 6th day of May 2024.

| | |
|---|---|
| *s/ Patrick Brooks LaRou* | *s/ Anna M. Urie* |
| Patrick Brooks LaRou, Esq. | Anna M. Urie, Esq. |
| Florida Bar No. 1039018 | Florida Bar No. 127455 |
| brooks@fairlawattorney.com | anna.urie@csklegal.com |
| FAIRLAW FIRM | COLE, SCOTT & KISSANE, P.A. |
| 135 San Lorenzo Avenue, Suite 770 | 500 N Westshore Boulevard, Suite 700 |
| Coral Gables, FL 33146 | Tampa, Florida 33609 |
| Telephone: (305) 230-4884 | Telephone: (813) 509-2632 |
| *Counsel for Plaintiff* | *Counsel for Defendants* |