## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

FRANCISCO MATDONADO,

     Plaintiff,

v.                            Case No. 8:24-CV-00927-JSM-AAS

TRUST ROOFING, INC.,
ROBIN SCHERER, AND
WINNIE SCHERER,

     Defendants.

_____

### PLAINTIFF'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Plaintiff Francisco Matdonado, makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

   **Not applicable.**

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.[1]]

---

[1] See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004). Where a member of the party is also an unincorporated entity, its members must also be identified continuing on through however many layers of partners or members there may be. See Purchasing Power, LLC v. Bluestem Brands, Inc., 851 F.3d 1218, 1220 (11th Cir. 2017); D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra, 661 F.3d 124, 125-27 (1st Cir. 2011).

**Not applicable.**

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

   **a.     Francisco Matdonado – Plaintiff;**

   **b.     Brian H. Pollock, Esq. – counsel for Plaintiff;**

   **c.     P. Brooks LaRou, Esq. – counsel for Plaintiff;**

   **d.     Law Office of Brian H. Pollock, P.A. d/b/a FairLaw Firm – counsel for Plaintiff;**

   **e.     Trust Roofing, Inc. – Defendant;**

   **f.     Robin Scherer – Defendant;**

   **g.     Winnie Scherer – Defendant;**

   **h.     Brian D. Rubenstein, Esq. – counsel for Defendants;**

   **i.     Anna M. Urie, Esq. – counsel for Defendants;**

   **j.     Cole, Scott & Kissane, P.A. – counsel for Defendants.**

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

   **None known to Plaintiff.**

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

   **None known to Plaintiff.**

6. Identify each person arguably eligible for restitution:

   **Plaintiff, Francisco Matdonado.**

☒        I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Respectfully submitted this 23rd day of May 2023.

s/ Patrick Brooks LaRou

Brian H. Pollock, Esq. (Lead)

Florida Bar No. 174742

brian@fairlawattorney.com

Patrick Brooks LaRou, Esq.

Florida Bar No. 1039018

brooks@fairlawattorney.com

FAIRLAW FIRM

135 San Lorenzo Ave., Ste. 770

Miami, Florida 33146

Telephone: (305) 230-4884

*Counsel for Plaintiff*
