IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FRANCISCO MATDONADO,

   Plaintiff,

CASE NO.: 8-24-CV-00927

v.

TRUST ROOFING, INC.,
WINNIE SCHERER, Individually,
AND
ROBIN SCHERER, Individually.

   Defendant.
_____/

**DEFENDANTS UNOPPOSED MOTION FOR**
**ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT**

COMES NOW Defendants TRUST ROOFING, INC., WINNIE SCHERER, AND ROBIN SCHERER, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully move this Honorable Court for an extension of time until Friday, June 7, 2024, to respond to Plaintiff's Complaint [Dkt. 1] and as grounds therefore states as follows:

1. On or about April 26, 2024, Plaintiff served its Complaint on Defendants.

2. Defendants are still gathering documentation and other necessary information to timely and adequately respond to Plaintiff's Complaint.

3. Accordingly, Defendants are herein requesting additional time in order to adequately respond to Plaintiff's Complaint.

4. This Motion is not intended to prejudice either party but rather in the interest of justice and to adequately defend the Defendant's interests in this litigation.

5. Plaintiff does not oppose Defendants' Motion.

WHEREFORE, the Defendant, TRUST ROOFING, INC.; ROBIN SCHERER, AND WINNIE SCHERER, respectfully requests that the foregoing Motion be granted by this Court and that the Court enter an Order allowing the Defendant an enlargement of time through and including, June 7, 2024 to respond to Plaintiff's Complaint.

## CERTIFICATE OF GOOD FAITH CONFERENCE

The undersigned counsel represents that Defendants' counsel conferred with Plaintiff's counsel via telephone, and that Plaintiff has no objection to the extension of time.

[CERTIFICATE OF SERVICE ON FOLLOWING PAGE]

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the Court via CM/ECF system this 31st day of May 2024, which will send notice of electronic filing to all counsel of record.

        COLE, SCOTT & KISSANE, P.A.
        *Counsel for Defendants TRUST ROOFING, INC.;*
        *ROBIN SCHERER, AND WINNIE SCHERER*
        500 N. Westshore Boulevard
        Suite 700
        Tampa, Florida 33609
        Telephone (813) 509-2632
        Facsimile (813) 286-2900
        Primary e-mail: anna.urie@csklegal.com
        Secondary e-mail: joanne.delvalle@csklegal.com

By: /s/ Anna M. Urie
     ANNA M. URIE
     Florida Bar No.: 127455