UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FRANCISCO MATDONADO,

    Plaintiff,

v.                                            CASE NO. 8:24-CV-00927-JSM-AAS

TRUST ROOFING, INC.,
ROBIN SCHERER, AND
WINNIE SCHERER,

    Defendants.
_____/

## PLAINTIFF'S RESPONSES TO COURT'S INTERROGATORIES

1. During what period of time were you employed by the Defendant(s)?

   **RESPONSE:  From 2021 to present.**

2. Who was your immediate supervisor?

   **RESPONSE: Robin Scherer was my immediate supervisor, but later in my employment, I was required to turn my time records in to Winnie Scherer, who I understand reviewed them and sent them to FrankCrum to process payroll.**

3. Did you have a regularly scheduled work period? If so, specify.

   **RESPONSE: I typically worked seven (7) days per week, during which my work hours varied, but were typically 12 to 14 hours per day.**

4. What was your title or position? Briefly describe your job duties.

   **RESPONSE: I worked as a Foreman in Defendants' Quality Control Department. My duties included transporting crewmembers to the job sites designated by the Defendants, obtaining supplies needed for the day, such as ice and gas for the generator, and then overseeing roofing repairs and installations at the job sites before transporting crewmembers back to their homes for Defendants at the end of the workday.**

1

5. What was your regular rate of pay?

   **RESPONSE: My regular rate of pay was $53.00 per hour.**

6. Provide an accounting of your claim, including:

   (a) dates

   (b) regular hours worked

   (c) over-time hours worked

   (d) pay received versus pay claimed

   (e) total amount claimed

   **RESPONSE:**

   ### Count I – Overtime Claim

   **(a) I am claiming overtime wages from April 17, 2021, to March 10, 2023.**

   **(b) I estimate working over 40 hours per week for the Defendants.**

   **(c)  I estimate working 30 overtime hours per week for the Defendants.**

   **(d) Instead of being paid time-and-a-half ($79.50 per hour) for the overtime hours I worked, Defendants paid me at my regular hourly rate ($53.00 per hour), which included one check they ran through FrankCrum for payroll and a second check they issued to me directly from their company. I estimate that in total, I am owed as follows:**

   April 17, 2021 to March 10, 2023 = 99 weeks
   $53.00/hour ÷ 2 = $26.50/hour OT Owed
   27.5 hours/week OT x 95 weeks x $30/hour OT = $78,375.00 OT Owed

   **(e)  $78,375.00 (excluding liquidated damages, costs, and attorney's fees).**

   **After the Defendants provide records identifying the times I worked and the pay I received, I will be better able to answer this Interrogatory more accurately.**

2

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*

### Counts II and III – 26 U.S.C. §7434 Claims (2022 and 2023)

**I am claiming damages relating to the fraudulent W-2 issued to me for 2022 and the fraudulent W-9 issued to me for 2023**

**The corporate Defendant, through one of its employees, completed a W-2 for me for 2022 and indicated that I had 4 dependents, and then she signed it for me. I only have three dependents, and she knew that, and I don't usually claim any dependents. The result was the IRS claiming that I owed $2,400 in back taxes.**

**The corporate Defendant also had me purchase certain things for work, for which I received reimbursements from it. Although it should not have issued me a 1099-MISC for the reimbursements I received for approved, work-related expenses, it issued me a 1099-MISC for $8,000 for 2023 for which I am required to pay taxes.**

**I am seeking the greater of $5,000 or the actual damages I suffered for each false/fraudulent information return identified above ($10,000), plus my attorney's fees and costs.**

7. When did you (or your attorney) first complain to your employer about alleged violations of the FLSA?

   **RESPONSE: I first complained in March 2023.**

8. Was this complaint written or oral? (If a written complaint, please attach a copy).

   **RESPONSE: Oral.**

9. What was your employer's response? (If a written response, please attach a copy).

   **RESPONSE: I was told, "That's how they pay their employees in California and no one has complained about it," referring to the company the Defendants operate in California (T&G Roofing).**

3

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com

FRANCISCO MATDONADO

_____
Francisco Matdonado (Jun 17, 2024 16:18 CDT)

STATE OF FLORIDA

COUNTY OF MIAMI-DADE

BEFORE ME, the undersigned authority, on this day, personally appeared FRANCISCO MALDONADO, who being first duly sworn, deposes and says that he has read the foregoing Answers to Interrogatories, knows the contents of same, and to the best of his knowledge and belief, the same is true and correct.

SWORN TO AND SUBSCRIBED before me on this <u>17th</u> day of June 2024.

NOTARY PUBLIC

Signed: _____



STEFFANY SANGUINO
Notary Public-State of Florida
Commission # HH 196413
My Commission Expires
November 08, 2025

4

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*

Respectfully submitted this 17 day of June 2024.

                                                        <u>s/ Patrick Brooks LaRou</u>
Brian H. Pollock, Esq.
Florida Bar No. 174742
brian@fairlawattorney.com
Patrick Brooks LaRou, Esq.
Florida Bar No. 1039018
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Plaintiff*

5

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*