IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FRANCISCO MATDONADO,             CASE NO.: 8-24-CV-00927

    Plaintiff,

v.

TRUST ROOFING, INC.,
ROBIN SCHERER, and
WINNIE SCHERER

    Defendants.
_____/

## DEFENDANTS' NOTICE OF VERIFIED SUMMARY

Defendants, TRUST ROOFING, INC., ROBIN SCHERER, and WINNIE SCHERER ("Defendants"), by and through their undersigned counsel and pursuant with the Court's FLSA Scheduling Order dated June 4, 2024 [DKT 22], hereby files Verified Summary as Attachment "A" in this matter.

*[remainder of page intentionally left blank]*

1

DATED this 28th day of June, 2024.

                              Respectfully submitted,

                              */s/ Anna M. Urie*
                              BRIAN D. RUBENSTEIN
                              LEAD COUNSEL
                              Florida Bar No:  16997
                              ANNA M. URIE
                              Florida Bar No:  127455
                              COLE, SCOTT & KISSANE, P.A.
                              500 N. Westshore Blvd, Suite 700
                              Tampa, FL 33609
                              Primary Email:
                              Anna.Urie@csklegal.com
                              Secondary Email:
                              Joanne.DelValle@csklegal.com
                              Secondary Email:
                              Cynthia.Acuna-Nelson@csklegal.com
                              Telephone: (813) 864-2632
                              Facsimile: (813) 286-2900
                              Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 28th day of June, 2024, a true copy and correct copy of the foregoing as filed with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to Counsel of Record.

                              */s/ Anna M. Urie*