**EXHIBIT "A" - DEFENDANT'S CALCULATIONS OF PAID WAGES**

| Issued By | Check No. | Period End | Check Date | Transaction Type | Regular Hours | Pay Rate | Regular Amount Paid | Overtime Hours | Overtime Rate | Overtime Amount Paid | Bonus Pay | Retro Hours | Retro Rate | Retro Amount Paid | Amount Paid per Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trust Roofing | Zelle | | 03/07/22 | Expense | | | $ 10.00 | | | | | | | | $ 10.00 |
| Trust Roofing | 1598 | | 03/07/22 | Check | | | $ 534.00 | | | | | | | | $ 534.00 |
| Trust Roofing | Zelle | | 03/07/22 | Expense | | | $ 990.00 | | | | | | | | $ 990.00 |
| Trust Roofing | 1617 | | 03/11/22 | Check | | | $ 750.00 | | | | | | | | $ 750.00 |
| Trust Roofing | Zelle | | 03/21/22 | Expense | | | $ 300.00 | | | | | | | | $ 300.00 |
| Trust Roofing | Zelle | | 03/23/22 | Expense | | | $ 300.00 | | | | | | | | $ 300.00 |
| Trust Roofing | Zelle | | 03/28/22 | Expense | | | $ 900.00 | | | | | | | | $ 900.00 |
| Trust Roofing | Zelle | | 03/29/22 | Expense | | | $ 300.00 | | | | | | | | $ 300.00 |
| Trust Roofing | 1626 | | 04/04/22 | Check | | | $ 900.00 | | | | | | | | $ 900.00 |
| Trust Roofing | 1630 | | 04/06/22 | Check | | | $ 1,400.00 | | | | | | | | $ 1,400.00 |
| Trust Roofing | 1991 | | 07/22/22 | Check | | | $ 1,950.00 | | | | | | | | $ 1,950.00 |
| FrankCrum | 906335718 | 08/06/22 | 08/12/22 | | 37.50 | $ 45.00 | $ 1,687.50 | | $ - | $ - | $ - | | $ - | $ - | $ 1,687.50 |
| FrankCrum | 906341557 | 08/13/22 | 08/19/22 | | 40.00 | $ 37.50 | $ 1,500.00 | | $ - | $ - | $ - | | $ - | $ - | $ 1,500.00 |
| Trust Roofing | 2068 | | 08/19/22 | Check | | | $ 620.00 | | | | | | | | $ 620.00 |
| Trust Roofing | 2069 | | 08/19/22 | Check | | | $ 1,060.00 | | | | | | | | $ 1,060.00 |
| FrankCrum | 906345683 | 08/20/22 | 08/26/22 | | 37.50 | $ 45.00 | $ 1,687.50 | | $ - | $ - | $ - | | $ - | $ - | $ 1,687.50 |
| FrankCrum | 906352909 | 08/27/22 | 09/02/22 | | 40.00 | $ 37.50 | $ 1,500.00 | | $ - | $ - | $ - | | $ - | $ - | $ 1,500.00 |
| Trust Roofing | 2131 | | 09/02/22 | Check | | | $ 620.00 | | | | | | | | $ 620.00 |
| Trust Roofing | 2132 | | 09/02/22 | Check | | | $ 245.50 | | | | | | | | $ 245.50 |
| Trust Roofing | 2133 | | 09/02/22 | Check | | | $ 671.25 | | | | | | | | $ 671.25 |
| FrankCrum | 906358372 | 09/03/22 | 09/09/22 | | 40.00 | $ 37.50 | $ 1,500.00 | | $ - | $ - | $ - | | $ - | $ - | $ 1,500.00 |
| Trust Roofing | 2150 | | 09/09/22 | Check | | | $ 660.00 | | | | | | | | $ 660.00 |
| Trust Roofing | 2151 | | 09/09/22 | Check | | | $ 1,155.00 | | | | | | | | $ 1,155.00 |
| FrankCrum | 906364215 | 09/10/22 | 09/16/22 | | 24.00 | $ 37.50 | $ 900.00 | | $ - | $ - | $ - | | $ - | $ - | $ 900.00 |
| Trust Roofing | 2188 | | 09/16/22 | Check | | | $ 372.00 | | | | | | | | $ 372.00 |
| FrankCrum | 906369767 | 09/17/22 | 09/23/22 | | 40.00 | $ 37.50 | $ 1,500.00 | | $ - | $ - | $ - | | $ - | $ - | $ 1,500.00 |
| Trust Roofing | 2230 | | 09/23/22 | Check | | | $ 1,006.50 | | | | | | | | $ 1,006.50 |
| FrankCrum | 906373839 | 09/24/22 | 09/30/22 | | 40.00 | $ 37.50 | $ 1,500.00 | | $ - | $ - | $ - | | $ - | $ - | $ 1,500.00 |
| FrankCrum | 906380547 | 10/01/22 | 10/07/22 | | 36.00 | $ 37.50 | $ 1,350.00 | | $ - | $ - | $ - | | $ - | $ - | $ 1,350.00 |
| Trust Roofing | 2263 | | 10/04/22 | Check | | | $ 1,086.00 | | | | | | | | $ 1,086.00 |
| Trust Roofing | 2288 | | 10/11/22 | Check | | | $ 216.00 | | | | | | | | $ 216.00 |
| FrankCrum | 906385787 | 10/08/22 | 10/14/22 | | 40.00 | $ 37.50 | $ 1,500.00 | | $ - | $ - | $ - | | $ - | $ - | $ 1,500.00 |
| Trust Roofing | 2287 | | 10/14/22 | Check | | | $ 1,400.00 | | | | | | | | $ 1,400.00 |
| Trust Roofing | 2318 | | 10/14/22 | Check | | | $ 1,252.85 | | | | | | | | $ 1,252.85 |
| FrankCrum | 906390993 | 10/15/22 | 10/21/22 | | 40.00 | $ 37.50 | $ 1,500.00 | | $ - | $ - | $ - | | $ - | $ - | $ 1,500.00 |

| Payer | Ref | Date 1 | Date 2 | Description | Hours | Rate | Amount | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trust Roofing | 2373 | | 10/21/22 | Check | | | $ 278.00 | | | | | | $ 278.00 |
| Trust Roofing | 2374 | | 10/21/22 | Check | | | $ 874.00 | | | | | | $ 874.00 |
| Trust Roofing | 2294 | | 10/21/22 | Check | | | $ 232.52 | | | | | | $ 232.52 |
| FrankCrum | 906397487 | 10/22/22 | 10/28/22 | | 40.00 | $ 37.50 | $ 1,500.00 | $ - | $ - | $ - | $ - | $ - | $ 1,500.00 |
| Trust Roofing | 2417 | | 10/28/22 | Check | | | $ 3,630.00 | | | | | | $ 3,630.00 |
| FrankCrum | 906402754 | 10/29/22 | 11/04/22 | | 40.00 | $ 37.50 | $ 1,500.00 | $ - | $ - | $ - | $ - | $ - | $ 1,500.00 |
| Trust Roofing | 2465 | | 11/08/22 | Check | | | $ 1,149.50 | | | | | | $ 1,149.50 |
| FrankCrum | 906407446 | 11/05/22 | 11/10/22 | | 22.00 | $ 37.50 | $ 825.00 | $ - | $ - | $ - | $ - | $ - | $ 825.00 |
| FrankCrum | 906413847 | 11/12/22 | 11/18/22 | | 40.00 | $ 37.50 | $ 1,500.00 | $ - | $ - | $ - | $ - | $ - | $ 1,500.00 |
| Trust Roofing | 2535 | | 11/21/22 | Check | | | $ 543.00 | | | | | | $ 543.00 |
| FrankCrum | 906418498 | 11/19/22 | 11/25/22 | | 40.00 | $ 37.50 | $ 1,500.00 | $ - | $ - | $ - | $ - | $ - | $ 1,500.00 |
| Trust Roofing | 2566 | | 11/25/22 | Check | | | $ 1,954.00 | | | | | | $ 1,954.00 |
| FrankCrum | 906426022 | 11/26/22 | 12/02/22 | | 40.00 | $ 37.50 | $ 1,500.00 | $ - | $ - | $ - | $ - | $ - | $ 1,500.00 |
| Trust Roofing | 2601 | | 12/02/22 | Check | | | $ 1,332.00 | | | | | | $ 1,332.00 |
| FrankCrum | 906432049 | 12/03/22 | 12/09/22 | | 40.00 | $ 37.50 | $ 1,500.00 | $ - | $ - | $ - | $ - | $ - | $ 1,500.00 |
| FrankCrum | 906436982 | 12/10/22 | 12/16/22 | | 40.00 | $ 37.50 | $ 1,500.00 | $ - | $ - | $ - | $ - | $ - | $ 1,500.00 |
| Trust Roofing | 266 | | 12/16/22 | Check | | | $ 1,134.50 | | | | | | $ 1,134.50 |
| FrankCrum | 906441201 | 12/17/22 | 12/23/22 | | 40.00 | $ 37.50 | $ 1,500.00 | $ - | $ - | $ - | $ - | $ - | $ 1,500.00 |
| Trust Roofing | 2806 | | 01/17/23 | Overtime | | | $ 911.60 | | | | | | $ 911.60 |
| Trust Roofing | 2806 | | 01/17/23 | Gas Reimbursement | | | $ 5.25 | | | | | | $ 5.25 |
| FrankCrum | 906464393 | 01/14/23 | 01/20/23 | | 40.00 | $ 37.50 | $ 1,500.00 | $ - | $ - | $ - | $ - | $ - | $ 1,500.00 |
| FrankCrum | 906471078 | 01/21/23 | 01/27/23 | | 40.00 | $ 37.50 | $ 1,500.00 | $ - | $ - | $ - | $ - | $ - | $ 1,500.00 |
| Trust Roofing | 2869 | | 01/27/23 | Pay Auto | | | $ 1,465.75 | | | | | | $ 1,465.75 |
| FrankCrum | 906476540 | 01/28/23 | 02/03/23 | | 40.00 | $ 37.50 | $ 1,500.00 | $ - | $ - | $ - | $ - | $ - | $ 1,500.00 |
| Trust Roofing | 2914 | | 02/03/23 | Check | | | $ 1,108.00 | | | | | | $ 1,108.00 |
| Trust Roofing | Zelle | | 02/08/23 | Reimbursement | | | $ 264.87 | | | | | | $ 264.87 |
| FrankCrum | 906482209 | 02/04/23 | 02/10/23 | | 40.00 | $ 37.50 | $ 1,500.00 | $ - | $ - | $ - | $ - | $ - | $ 1,500.00 |
| Trust Roofing | Zelle | | 02/10/23 | Reimbursement | | | $ 267.49 | | | | | | $ 267.49 |
| Trust Roofing | 2960 | | 02/10/23 | Check | | | $ 1,161.00 | | | | | | $ 1,161.00 |
| FrankCrum | 906487871 | 02/11/23 | 02/17/23 | | 40.00 | $ 37.50 | $ 1,500.00 | $ - | $ - | $ - | $ - | $ - | $ 1,500.00 |
| Trust Roofing | 2993 | | 02/17/23 | Check | | | $ 498.50 | | | | | | $ 498.50 |
| Trust Roofing | 3037 | | 02/21/23 | Check - Auto | | | $ 1,068.50 | | | | | | $ 1,068.50 |
| FrankCrum | 906493068 | 02/18/23 | 02/24/23 | | 40.00 | $ 37.50 | $ 1,500.00 | $ - | $ - | $ - | $ - | $ - | $ 1,500.00 |
| FrankCrum | 906498673 | 02/25/23 | 03/03/23 | | 40.00 | $ 37.50 | $ 1,500.00 | $ - | $ - | $ - | $ - | $ - | $ 1,500.00 |
| Trust Roofing | 3095 | | 03/06/23 | Check - Auto | | | $ 1,134.50 | | | | | | $ 1,134.50 |
| Trust Roofing | Zelle | | 03/09/23 | Reimbursement | | | $ 175.61 | | | | | | $ 175.61 |
| FrankCrum | 906503904 | 03/04/23 | 03/10/23 | | 40.00 | $ 37.50 | $ 1,500.00 | $ - | $ - | $ - | $ - | $ - | $ 1,500.00 |
| Trust Roofing | 3156 | | 03/13/23 | Check - Auto | | | $ 1,982.50 | | | | | | $ 1,982.50 |
| Trust Roofing | Zelle | | 03/14/23 | Reimbursement | | | $ 200.00 | | | | | | $ 200.00 |
| Trust Roofing | Zelle | | 03/16/23 | Reimbursement | | | $ 407.41 | | | | | | $ 407.41 |
| Trust Roofing | Zelle | | 03/16/23 | Reimbursement | | | $ 11.57 | | | | | | $ 11.57 |
| FrankCrum | 906509847 | 03/11/23 | 03/17/23 | | 40.00 | $ 37.50 | $ 1,500.00 | $ - | $ - | $ - | $ - | $ - | $ 1,500.00 |

| Source | Ref | Date 1 | Date 2 | Description | Hrs | Rate | Amount | Hrs2 | Rate2 | Amount2 | Col1 | Col2 | Col3 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trust Roofing | 3209 | | 03/17/23 | Check - Auto | | | $ 800.00 | | | | | | | $ 800.00 |
| Trust Roofing | Zelle | | 03/21/23 | Reimbursement | | | $ 216.44 | | | | | | | $ 216.44 |
| FrankCrum | 906515706 | 03/18/23 | 03/24/23 | | 40.00 | $ 37.50 | $ 1,500.00 | | $ - | $ - | $ - | $ - | $ - | $ 1,500.00 |
| Trust Roofing | 3252 | | 03/24/23 | Check - Auto | | | $ 1,475.75 | | | | | | | $ 1,475.75 |
| FrankCrum | 906521403 | 03/25/23 | 03/31/23 | | 40.00 | $ 37.50 | $ 1,500.00 | | $ - | $ - | $ 1,409.50 | $ - | $ - | $ 2,909.50 |
| FrankCrum | 906526638 | 04/01/23 | 04/07/23 | | 40.00 | $ 37.50 | $ 1,500.00 | | $ - | $ - | $ - | $ - | $ - | $ 1,500.00 |
| Trust Roofing | 3325 | | 04/07/23 | Check - Auto | | | $ 1,330.00 | | | | | | | $ 1,330.00 |
| FrankCrum | Zelle | | 04/10/23 | Reimbursement | | | $ 273.93 | | | | | | | $ 273.93 |
| FrankCrum | 906532367 | 04/08/23 | 04/14/23 | | 40.00 | $ 37.50 | $ 1,500.00 | | $ - | $ - | $ - | $ - | $ - | $ 1,500.00 |
| FrankCrum | 906537818 | 04/15/23 | 04/21/23 | | 40.00 | $ 46.00 | $ 1,840.00 | 24.00 | $ 37.50 | $ 1,350.00 | $ - | $ - | $ - | $ 3,190.00 |
| Trust Roofing | Zelle | | 04/24/23 | Reimbursement | | | $ 321.48 | | | | | | | $ 321.48 |
| Trust Roofing | Zelle | | 04/24/23 | Reimbursement | | | $ 80.00 | | | | | | | $ 80.00 |
| FrankCrum | 906543361 | 04/22/23 | 04/28/23 | | 40.00 | $ 53.00 | $ 2,120.00 | 15.00 | $ 37.50 | $ 843.75 | $ - | $ - | $ - | $ 2,963.75 |
| FrankCrum | 906548905 | 04/29/23 | 05/05/23 | | 40.00 | $ 53.00 | $ 2,120.00 | 24.90 | $ 53.00 | $ 1,979.55 | $ - | $ - | $ - | $ 4,099.55 |
| FrankCrum | 906554546 | 05/06/23 | 05/12/23 | | 40.00 | $ 53.00 | $ 2,120.00 | 7.80 | $ 53.00 | $ 620.10 | $ - | $ - | $ - | $ 2,740.10 |
| Trust Roofing | 3541 | | 05/16/23 | Corrected Pay | | | $ 2,257.90 | | | | | | | $ 2,257.90 |
| FrankCrum | 906559935 | 05/13/23 | 05/19/23 | | 40.00 | $ 53.00 | $ 2,120.00 | 8.75 | $ 53.00 | $ 695.52 | $ - | $ - | $ - | $ 2,815.52 |
| FrankCrum | 906564886 | 05/20/23 | 05/26/23 | | 40.00 | $ 53.00 | $ 2,120.00 | 4.50 | $ 53.00 | $ 357.75 | $ - | $ - | $ - | $ 2,477.75 |
| FrankCrum | 906570150 | 05/27/23 | 06/02/23 | | 31.80 | $ 53.00 | $ 1,685.40 | | $ - | $ - | $ - | $ - | $ - | $ 1,685.40 |
| FrankCrum | 906575666 | 06/03/23 | 06/09/23 | | 36.40 | $ 53.00 | $ 1,929.20 | | $ - | $ - | $ - | $ - | $ - | $ 1,929.20 |
| FrankCrum | 906580826 | 06/10/23 | 06/16/23 | | 40.00 | $ 53.00 | $ 2,120.00 | 31.40 | $ 53.00 | $ 2,496.30 | $ - | $ - | $ - | $ 4,616.30 |
| Trust Roofing | 3720 | | 06/16/23 | Extra Labor | | | $ 1,503.00 | | | | | | | $ 1,503.00 |
| FrankCrum | 906586176 | 06/17/23 | 06/23/23 | | 40.00 | $ 53.00 | $ 2,120.00 | 0.65 | $ 53.00 | $ 51.68 | $ - | $ - | $ - | $ 2,171.68 |
| FrankCrum | 906591378 | 06/24/23 | 06/30/23 | | 50.00 | $ 53.00 | $ 2,650.00 | 2.40 | $ 53.00 | $ 190.80 | $ - | $ - | $ - | $ 2,840.80 |
| Trust Roofing | 1035 | | 06/30/23 | Check | | | $ 1,710.00 | | | | | | | $ 1,710.00 |
| FrankCrum | 906596440 | 07/01/23 | 07/07/23 | | 40.00 | $ 53.00 | $ 2,120.00 | 12.50 | $ 53.00 | $ 993.75 | $ - | $ - | $ - | $ 3,113.75 |
| FrankCrum | 906601773 | 07/08/23 | 07/14/23 | | 40.00 | $ 53.00 | $ 2,120.00 | 19.50 | $ 53.00 | $ 1,550.25 | $ - | $ - | $ - | $ 3,670.25 |
| FrankCrum | 906606936 | 07/15/23 | 07/21/23 | | 38.00 | $ 53.00 | $ 2,014.00 | | $ - | $ - | $ - | $ - | $ - | $ 2,014.00 |
| FrankCrum | 906612181 | 07/22/23 | 07/28/23 | | 29.00 | $ 53.00 | $ 1,537.00 | | $ - | $ - | $ - | $ - | $ - | $ 1,537.00 |
| FrankCrum | 906617667 | 07/29/23 | 08/04/23 | | 40.00 | $ 53.00 | $ 2,120.00 | 17.00 | $ 53.00 | $ 1,351.50 | $ - | $ - | $ - | $ 3,471.50 |
| Trust Roofing | 1095 | | 08/07/23 | Reimbursement - Gas | | | $ 292.16 | | | | | | | $ 292.16 |
| FrankCrum | 906622719 | 08/05/23 | 08/11/23 | | 40.00 | $ 53.00 | $ 2,120.00 | 32.75 | $ 53.00 | $ 2,603.62 | $ - | $ - | $ - | $ 4,723.62 |
| Trust Roofing | 1159 | | 08/11/23 | | | | $ 391.38 | | | | | | | $ 391.38 |
| FrankCrum | 906627893 | 08/12/23 | 08/18/23 | | 40.00 | $ 53.00 | $ 2,120.00 | 21.25 | $ 53.00 | $ 1,689.38 | $ - | $ - | $ - | $ 3,809.38 |
| Trust Roofing | 1186 | | 08/21/23 | Reimbursement - Travel and Hotel | | | $ 278.73 | | | | | | | $ 278.73 |
| FrankCrum | 906632923 | 08/19/23 | 08/25/23 | | 40.00 | $ 53.00 | $ 2,120.00 | 29.00 | $ 53.00 | $ 2,305.50 | $ - | $ - | $ - | $ 4,425.50 |
| Trust Roofing | 1191 | | 08/25/23 | Reimbursement - Gas and Water | | | $ 108.89 | | | | | | | $ 108.89 |
| Trust Roofing | 1192 | | 08/25/23 | Reimbursement - Home Depot | | | $ 778.70 | | | | | | | $ 778.70 |

| Payer | Ref # | Date 1 | Date 2 | Description | Hrs | Rate | Amount | Hrs2 | Rate2 | Amount2 | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trust Roofing | 1205 | | 08/31/23 | Reimbursement - Gas and Home Depot | | | $ 278.14 | | | | | | | $ 278.14 |
| FrankCrum | 906638111 | 08/26/23 | 09/01/23 | | 40.00 | $ 53.00 | $ 2,120.00 | 14.25 | $ 53.00 | $ 1,132.88 | $ - | $ - | $ - | $ 3,252.88 |
| FrankCrum | 906642872 | 09/02/23 | 09/08/23 | | 37.73 | $ 53.00 | $ 1,999.69 | | $ - | $ - | $ - | $ - | $ - | $ 1,999.69 |
| Trust Roofing | | | 09/08/23 | Reimbursement - Gas and Supplies | | | $ 388.68 | | | | | | | $ 388.68 |
| FrankCrum | 906648144 | 09/09/23 | 09/15/23 | | 40.00 | $ 53.00 | $ 2,120.00 | 5.00 | $ 53.00 | $ 397.50 | $ - | | $ - | $ - | $ 2,517.50 |
| Trust Roofing | 123 | | 09/15/23 | Reimbursement | | | $ 157.76 | | | | | | | $ 157.76 |
| Trust Roofing | 1248 | | 09/09/23 | Reimbursement - Gas and Ladder | | | $ 300.02 | | | | | | | $ 300.02 |
| FrankCrum | 906652969 | 09/16/23 | 09/22/23 | | 40.00 | $ 53.00 | $ 2,120.00 | 30.25 | $ 53.00 | $ 2,404.88 | $ - | $ - | $ - | $ 4,524.88 |
| FrankCrum | 906657914 | 09/23/23 | 09/29/23 | | 40.00 | $ 53.00 | $ 2,120.00 | 6.50 | $ 53.00 | $ 516.75 | $ - | $ - | $ - | $ 2,636.75 |
| FrankCrum | 906663026 | 09/30/23 | 10/06/23 | | 40.00 | $ 53.00 | $ 2,120.00 | 19.25 | $ 53.00 | $ 1,530.38 | $ - | $ - | $ - | $ 3,650.38 |
| Trust Roofing | 1295 | | 10/06/23 | Reimbursement - Gas and Home Depot | | | $ 620.00 | | | | | | | $ 620.00 |
| FrankCrum | 906668244 | 10/07/23 | 10/13/23 | | 40.00 | $ 53.00 | $ 2,120.00 | 22.50 | $ 53.00 | $ 1,788.75 | $ - | $ - | $ - | $ 3,908.75 |
| FrankCrum | 906673111 | 10/14/23 | 10/20/23 | | 40.00 | $ 53.00 | $ 2,120.00 | 5.50 | $ 53.00 | $ 437.25 | $ - | $ - | $ - | $ 2,557.25 |
| Trust Roofing | 1335 | | 10/20/23 | Reimbursement - Gas and Auto Parts | | | $ 60.34 | | | | | | | $ 60.34 |
| FrankCrum | 906678310 | 10/21/23 | 10/27/23 | | 40.00 | $ 53.00 | $ 2,120.00 | 20.17 | $ 53.00 | $ 1,603.25 | $ - | $ - | $ - | $ 3,723.25 |
| FrankCrum | 906683192 | 10/28/23 | 11/03/23 | | 40.00 | $ 53.00 | $ 2,120.00 | 5.67 | $ 53.00 | $ 450.50 | $ - | $ - | $ - | $ 2,570.50 |
| Trust Roofing | 1378 | | 11/03/23 | Reimbursement - Gas and Ice | | | $ 106.86 | | | | | | | $ 106.86 |
| FrankCrum | 906688250 | 11/04/23 | 11/10/23 | | 40.00 | $ 53.00 | $ 2,120.00 | 12.00 | $ 53.00 | $ 954.00 | $ - | $ - | $ - | $ 3,074.00 |
| FrankCrum | 906693147 | 11/11/23 | 11/17/23 | | 40.00 | $ 53.00 | $ 2,120.00 | 10.17 | $ 53.00 | $ 808.25 | $ - | $ - | $ - | $ 2,928.25 |
| Trust Roofing | 1411 | | 11/17/23 | Reibursement - Gas, Ice, and Supplies | | | $ 374.02 | | | | | | | $ 374.02 |
| FrankCrum | 906698126 | 11/18/23 | 11/24/23 | | 40.00 | $ 53.00 | $ 2,120.00 | 8.08 | $ 53.00 | $ 642.60 | $ - | $ - | $ - | $ 2,762.60 |
| Trust Roofing | 1422 | | 11/24/23 | Reimbursement - Materials and Drinks | | | $ 84.20 | | | | | | | $ 84.20 |
| FrankCrum | 906703369 | 11/25/23 | 12/01/23 | | 40.00 | $ 53.00 | $ 2,120.00 | 4.50 | $ 53.00 | $ 357.75 | $ - | $ - | $ - | $ 2,477.75 |
| Trust Roofing | 1435 | | 12/01/23 | Reimbursement - Home Depot | | | $ 286.07 | | | | | | | $ 286.07 |
| FrankCrum | 906708699 | 12/02/23 | 12/08/23 | | 37.32 | $ 53.00 | $ 1,977.75 | | $ - | $ - | $ - | $ - | $ - | $ 1,977.75 |
| Trust Roofing | 1443 | | 12/08/23 | Reimbursement - Home Depot and Ace Hardware | | | $ 217.71 | | | | | | | $ 217.71 |
| FrankCrum | 906714097 | 12/09/23 | 12/15/23 | | 40.00 | $ 53.00 | $ 2,120.00 | 15.21 | $ 53.00 | $ 1,209.25 | $ - | $ - | $ - | $ 3,329.25 |
| Trust Roofing | 1456 | | 12/15/23 | Reimbursement - Auto Parts | | | $ 67.39 | | | | | | | $ 67.39 |
| FrankCrum | 906719565 | 12/16/23 | 12/22/23 | | 40.00 | $ 53.00 | $ 2,120.00 | 4.82 | $ 53.00 | $ 382.87 | $ - | $ - | $ - | $ 2,502.87 |

| Source | Number | Date 1 | Date 2 | Description | Hours | Rate | Amount | Hours2 | Rate2 | Amount2 | Col1 | Col2 | Col3 | Col4 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trust Roofing | 1473 | | 12/22/23 | Reimbursement - Gas and Home Depot | | | $ 253.89 | | | | | | | | $ 253.89 |
| FrankCrum | 906723956 | 12/23/23 | 12/29/23 | | 37.82 | $ 53.00 | $ 2,004.25 | | $ - | $ - | $ - | | $ - | $ - | $ 2,004.25 |
| FrankCrum | 906728194 | 12/30/23 | 01/05/24 | | 20.50 | $ 53.00 | $ 1,086.50 | | $ - | $ - | $ - | 9.43 | $ 53.00 | $ 500.00 | $ 1,586.50 |
| Trust Roofing | 2007 | | 01/05/24 | Reimbursement - Gas | | | $ 60.00 | | | | | | | | $ 60.00 |
| Trust Roofing | 2003 | | 01/05/24 | Reimbursement - Cash Withdraal | | | $ 600.00 | | | | | | | | $ 600.00 |
| FrankCrum | 906732772 | 01/06/24 | 01/12/24 | | 40.00 | $ 53.00 | $ 2,120.00 | 18.17 | $ 53.00 | $ 1,444.26 | $ - | | $ - | $ - | $ 3,564.26 |
| FrankCrum | 906737511 | 01/13/24 | 01/19/24 | | 40.00 | $ 53.00 | $ 2,120.00 | 7.64 | $ 53.00 | $ 607.38 | $ - | | $ - | $ - | $ 2,727.38 |
| FrankCrum | 906742299 | 01/20/24 | 01/26/24 | | 40.00 | $ 53.00 | $ 2,120.00 | 16.31 | $ 53.00 | $ 1,296.61 | $ - | | $ - | $ - | $ 3,416.61 |
| Trust Roofing | 2023 | | 01/26/24 | Reimbursement - Gas and Home Depot | | | $ 449.72 | | | | | | | | $ 449.72 |
| Trust Roofing | 2032 | | 02/01/24 | Reimbursement - Home Depot | | | $ 204.96 | | | | | | | | $ 204.96 |
| FrankCrum | 906747178 | 01/27/24 | 02/02/24 | | 40.00 | $ 53.00 | $ 2,120.00 | 3.48 | $ 53.00 | $ 276.37 | $ - | | $ - | $ - | $ 2,396.37 |
| FrankCrum | 906751778 | 02/03/24 | 02/09/24 | | 40.00 | $ 53.00 | $ 2,120.00 | 12.89 | $ 53.00 | $ 1,025.01 | $ - | | $ - | $ - | $ 3,145.01 |
| FrankCrum | 906756558 | 02/10/24 | 02/16/24 | | 40.00 | $ 53.00 | $ 2,120.00 | 12.67 | $ 53.00 | $ 1,007.00 | $ - | | $ - | $ - | $ 3,127.00 |
| FrankCrum | 906761025 | 02/17/24 | 02/23/24 | | 40.00 | $ 53.00 | $ 2,120.00 | 19.08 | $ 53.00 | $ 1,517.11 | $ - | | $ - | $ - | $ 3,637.11 |
| FrankCrum | 906766006 | 02/24/24 | 03/01/24 | | 40.00 | $ 53.00 | $ 2,120.00 | 10.08 | $ 53.00 | $ 801.61 | $ - | | $ - | $ - | $ 2,921.61 |
| FrankCrum | 906770380 | 03/02/24 | 03/08/24 | | 40.00 | $ 53.00 | $ 2,120.00 | 14.5 | $ 53.00 | $ 1,152.75 | $ - | | $ - | $ - | $ 3,272.75 |
| FrankCrum | 906775280 | 03/09/24 | 03/15/24 | | 13.50 | $ 53.00 | $ 715.50 | | $ - | $ - | $ - | | $ - | $ - | $ 715.50 |