IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FRANCISCO MATDONADO,   CASE NO.: 8-24-CV-00927

    Plaintiff,

v.

TRUST ROOFING, INC.,
ROBIN SCHERER, and
WINNIE SCHERER,

    Defendants.
_____/

## STIPULATION FOR SUBSTITUTION OF COUNSEL

THE UNDERSIGNED, hereby stipulate that Benjamin Briggs, Esq. and Adams and Reese, LLP, shall be Counsel of Record for Defendants, TRUST ROOFING, INC., ROBIN SCHERER, and WINNIE SCHERER, in this lawsuit. Accordingly, all pleadings, notices, and correspondence should be hereinafter sent to Benjamin Briggs, Esq., Adams and Reese LLP, 100 N. Tampa Street, Suite 4000, Tampa, Florida 33602, ben.briggs@arlaw.com, elaine.glotz@arlaw.com, and Brian D. Rubenstein, Esq., Anna M. Urie, Esq., and Cole, Scott, & Kissane, P.A., are relieved of any further responsibility to represent the above Defendants in this matter.

STIPULATED and AGREED on this 2nd day of July, 2024 by:

| | |
|---|---|
| Cole, Scott, & Kissane, P.A. | Adams and Reese, LLP |
| 500 N. Westshore Blvd., Suite 700 | 100 N. Tampa Street, Suite 4000 |
| Tampa, FL 33609 | Tampa, FL 33602 |
| Phone: (813) 509-2632 | Phone: (813) 227-5507 |
| Primary Email: Brian.Rubensten@csklegal.com | Primary Email: Ben.Briggs@arlaw.com |
| Secondary Email: Anna.Urie@csklegal.com | Secondary Email: Elaine.Glotz@arlaw.com |
| | |
| By: __s/ Anna M. Urie_____ | By: */s/ Benjamin S. Briggs*_____ |
|     Brian D. Rubenstein, Esq. \| FBN: 16997 |     Benjamin Briggs, Esq. \| FBN: 113814 |
|     Anna M. Urie, Esq. \| FBN: 0127455 | |

## **CLIENT CONSENT**

Defendants, TRUST ROOFING, INC., ROBIN SCHERER, and WINNIE SCHERER, hereby consent that Benjamin Briggs and Adams and Reese, LLP shall be substituted as counsel of record for the Defendants, and that Brian D. Rubenstein, Esq., Anna M. Urie, Esq., and Cole, Scott, & Kissane, P.A. shall be relieved of any further responsibility with respect to this action.

Dated this __2__ day of July, 2024        Signature: _____
                                                          Robin Scherer

[signed version will be included in an accompanying notice of filing]

## CLIENT CONSENT

Defendants, TRUST ROOFING, INC., ROBIN SCHERER, and WINNIE SCHERER, hereby consent that Benjamin Briggs and Adams and Reese, LLP shall be substituted as counsel of record for the Defendants, and that Brian D. Rubenstein, Esq., Anna M. Urie, Esq., and Cole, Scott, & Kissane, P.A. shall be relieved of any further responsibility with respect to this action.

Dated this __2__ day of July, 2024         Signature: _____
                                                        Winnie Scherer

[signed version will be included in an accompanying notice of filing]

## COUNSEL FOR PLAINTIFF'S CONSENT

Brian Pollock, Counsel for Plaintiff, Francisco Matdonado, hereby consents that Benjamin Briggs and Adams and Reese, LLP shall be substituted as counsel of record for the Defendants, and that Brian D. Rubenstein, Esq., Anna M. Urie, Esq., and Cole, Scott, & Kissane, P.A. shall be relieved of any further responsibility with respect to this action.

Dated this 2nd day of July, 2024       Signature: s/ Patrick Brooks LaRou, Esq.
                                       Brian H. Pollock, Esq. | FBN 174742
                                       Patrick Brooks LaRou, Esq. | FBN 1039018
                                       FairLaw Firm
                                       135 San Lorenzo Avenue, Suite 770
                                       Coral Gables, FL 33146
                                       Phone: (305) 230-4884