# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

FRANCISCO MATDONADO,

    Plaintiff,

v.                                          CASE NO.: 8:24-CV-00927-JSM-AAS

TRUST ROOFING, INC.,
ROBIN SCHERER, and
WINNIE SCHERER,

    Defendants.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Benjamin W. Bard, Esquire, of Adams and Reese LLP, appears as counsel in this case on behalf of the Defendants, TRUST ROOFING, INC., ROBIN SCHERER, and WINNIE SCHERER, and requests that undersigned counsel be included in the service of all pleadings, notices and other papers filed in this case.

                                                Respectfully submitted,

                                                */s/ Benjamin W. Bard*
                                                BENJAMIN W. BARD
                                                Florida Bar No. 95514
                                                BENJAMIN S. BRIGGS
                                                Florida Bar No. 113814
                                                **ADAMS AND REESE LLP**
                                                100 N. Tampa Street, Suite 4000
                                                Tampa, Florida 33602
                                                Tel: (813) 402-2880 / Fax: (813) 402-2887
                                                Benjamin.bard@arlaw.com
                                                Ben.briggs@arlaw.com
                                                Elaine.glotz@arlaw.com
                                                *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the CM/ECF System, which will automatically serve a copy via electronic mail delivery to all counsel of record, on this 10th day of July, 2024.

*/s/ Benjamin W. Bard*
Attorney
