UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FRANCISCO MATDONADO,

    Plaintiff,

v.                                     CASE NO.: 8:24-CV-00927-JSM-AAS

TRUST ROOFING, INC.,
ROBIN SCHERER, and
WINNIE SCHERER,

    Defendants.
_____/

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION
OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO STRIKE
AFFIRMATIVE DEFENSES**

Defendants, TRUST ROOFING, INC., ROBIN SCHERER, and WINNIE SCHERER ("Defendants"), by and through their undersigned counsel, move to extend the time for Defendants to respond to Plaintiff's Motion to Strike Affirmative Defenses. In support of its Motion, Defendants state as follows:

    1.    On April 16, 2024, Plaintiff filed his Complaint and Demand for Jury Trial (the "Complaint"), asserting a cause of action based on alleged violations of the Fair Labor Standards Act along with violations of the U.S. Tax Code (Dkt. No. 1).

    2.    Defendants, through prior counsel, filed their Answer and Affirmative Defenses to Plaintiff's Complaint on June 7, 2024 (Dkt. 24).

    3.    Plaintiff subsequently filed his pending Motion to Strike Affirmative Defenses on June 28, 2024 (Dkt. 27); however, Plaintiff was unable to confer with Defendants' prior counsel to his response deadline.

4. In the meantime, Defendants retained undersigned counsel and filed a substitution of counsel on July 3, 2024 (Dkt. 28).

5. As undersigned counsel was just retained, undersigned counsel requires additional time to review the pleadings and underlying facts and records in order to prepare a proper response to the Motion. Defendants also request additional time to properly confer with Plaintiff's counsel regarding the pending Motion and potential resolution, in whole or in part.

6. As such, Defendants request a two-week extension of the deadline to respond to Plaintiff's Motion to Strike from the date Defendants' responsive pleading is due, up to and including July 26, 2024.

7. Pursuant to Local Rule 3.01(g), counsel for Defendants conferred with counsel for Plaintiff on July 9, 2024, and Plaintiff does not oppose the relief requested herein.

8. This motion is made in good faith and not for the purpose of undue delay. In addition, a two-week extension, at this early stage, will not prejudice Plaintiff in any way.

## MEMORANDUM OF LAW

This Court may grant an extension of time when good cause is shown. *See* Fed. R. Civ. P. 6(b). In determining whether to grant an enlargement of time, district courts are provided with broad discretion. *Moore v. Potter*, 141 Fed. Appx. 803, 807 (11th Cir. 2005). Good cause exists because Defendants' counsel was just retained and requires additional time to review the pleadings, confer with Plaintiff's counsel and prepare

Defendants' response to the Motion. Moreover, the requested extension will provide the parties the opportunity to explore a potential negotiated resolution. Plaintiff, through counsel, confirmed that he has no objection to Defendants' requested extension. By filing this Motion, Defendants have requested an extension of time; therefore, excusable neglect need not be shown. Additionally, no party will be prejudiced by granting the relief requested in this Motion.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), Defendants certify that prior to filing this Motion, Defendants' counsel conferred with Plaintiff's counsel who does not oppose the relief requested herein.

Respectfully submitted,

*/s/ Benjamin S. Briggs*
BENJAMIN W. BARD
Florida Bar No. 95514
BENJAMIN S. BRIGGS
Florida Bar No. 113814
**ADAMS AND REESE LLP**
100 N. Tampa Street, Suite 4000
Tampa, Florida 33602
Tel: (813) 402-2880 / Fax: (813) 402-2887
Benjamin.bard@arlaw.com
Ben.briggs@arlaw.com
Elaine.glotz@arlaw.com
*Attorneys for Defendants*

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the CM/ECF System, which will automatically serve a copy via electronic mail delivery to all counsel of record, on this 10th day of July, 2024.

/s/ Benjamin S. Briggs
Attorney