UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 8:24-CV-00927-JSM-AAS

FRANCISCO MATDONADO,

    Plaintiff,

vs.

TRUST ROOFING, INC.,
ROBIN SCHERER, AND
WINNIE SCHERER,

    Defendants.
_____/

## PLAINTIFF'S LOCAL RULE 3.01(G) SUPPLEMENTAL CERTIFICATION

    I HEREBY CERTIFY that the undersigned has conferred with Defendants' counsel by telephone on July 24 and 26, 2024, and by email on July 25, 2024 regarding Plaintiff's Motion to Strike Affirmative Defenses [ECF No. 27], and that the parties have resolved all issues raised in the motion.

    Respectfully submitted this 26th day of July 2024.

                                                 s/ Patrick Brooks LaRou
                                               Brian H. Pollock, Esq. (Lead)
                                               Florida Bar No. 174742
                                               brian@fairlawattorney.com
                                               Patrick Brooks LaRou, Esq.
                                               Florida Bar No. 1039018
                                               brooks@fairlawattorney.com
                                               FAIRLAW FIRM
                                               135 San Lorenzo Avenue, Suite 770
                                               Coral Gables, Florida 33146
                                               Telephone: (305) 230-4884
                                               *Counsel for Plaintiff*

1