UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 8:24-CV-00927-JSM-AAS

FRANCISCO MATDONADO,

    Plaintiff,

vs.

TRUST ROOFING, INC.,
ROBIN SCHERER, AND
WINNIE SCHERER,

    Defendants.
_____/

## JOINT REPORT REGARDING SETTLEMENT

    Plaintiff, Francisco Matdonado, and Defendants, Trust Roofing, Inc., Robin Scherer, and Winnie Scherer, (collectively, the "Parties") hereby file this report pursuant to the Court's FLSA Scheduling Order [ECF No. 22], and state as follows:

    1. On July 25, 2024, the Parties' respective undersigned counsel met and conferred in person as ordered under the Court's FLSA Scheduling Order. ECF No. 22 at ¶ 3.

    2. Despite the undersigned's good faith efforts to settle all pending issues in this case, including attorneys' fees and costs, the Parties were unable to reach a resolution of the claims at issue.

    3. The Parties request an additional fourteen (14) days, until August 16, 2024, to continue settlement discussions with the hopes of resolving Plaintiff's claims.

Respectfully submitted this 2nd day of August 2024.

s/ Patrick Brooks LaRou
Brian H. Pollock, Esq.
Florida Bar No. 174742
brian@fairlawattorney.com
Patrick Brooks LaRou, Esq.
Florida Bar No. 1039018
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Plaintiff*

s/ Benjamin S. Briggs
Benjamin S. Briggs, Esq.
Florida Bar No. 113814
ben.briggs@arlaw.com
Benjamin W. Bard, Esq.
Florida Bar No. 95514
benjamin.bard@arlaw.com
ADAMS AND REESE LLP
100 N. Tampa Street, Suite 4000
Tampa, Florida 33602
Telephone: (813) 402-2880
*Counsel for Defendants*