UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 8:24-CV-00927-JSM-AAS

FRANCISCO MATDONADO,

    Plaintiff,

vs.

TRUST ROOFING, INC.,
ROBIN SCHERER, AND
WINNIE SCHERER,

    Defendants.
_____/

## JOINT SUPPLEMENTAL REPORT REGARDING SETTLEMENT

Plaintiff, Francisco Matdonado, and Defendants, Trust Roofing, Inc., Robin Scherer, and Winnie Scherer, (collectively, the "Parties") hereby file this supplemental report pursuant to the Court's Endorsed Order entered August 4, 2024 [ECF No. 35], and state as follows:

1. On July 25, 2024, the Parties' respective undersigned counsel met and conferred in person to discuss the possibility of settlement as ordered under the Court's FLSA Scheduling Order [ECF No. 22].

2. Per the Court's FLSA Scheduling Order [ECF No. 22], the Parties then filed their Joint Report Regarding Settlement [ECF No. 35] on August 2, 2024—wherein the Parties requested an additional fourteen (14) days to continue settlement discussions.

1

3. On August 4, 2024, the Court entered its Endorsed Order regarding the Parties' Joint Report [ECF No. 36], requiring that the Parties file a Supplemental Joint Report Regarding Settlement on or before August 16, 2024.

4. Despite the undersigned's good faith efforts to settle all pending issues in this case, including attorneys' fees and costs, the Parties were unable to reach a resolution of the claims at issue.

5. Accordingly, the Parties will jointly file a Case Management Report on or before August 23, 2024.

Respectfully submitted this 16th day of August 2024.

| | |
|---|---|
| s/ Patrick Brooks LaRou | s/ Benjamin S. Briggs |
| Brian H. Pollock, Esq. | Benjamin S. Briggs, Esq. |
| Florida Bar No. 174742 | Florida Bar No. 113814 |
| brian@fairlawattorney.com | ben.briggs@arlaw.com |
| Patrick Brooks LaRou, Esq. | Benjamin W. Bard, Esq. |
| Florida Bar No. 1039018 | Florida Bar No. 95514 |
| brooks@fairlawattorney.com | benjamin.bard@arlaw.com |
| FAIRLAW FIRM | ADAMS AND REESE LLP |
| 135 San Lorenzo Avenue, Suite 770 | 100 N. Tampa Street, Suite 4000 |
| Coral Gables, Florida 33146 | Tampa, Florida 33602 |
| Telephone: (305) 230-4884 | Telephone: (813) 402-2880 |
| *Counsel for Plaintiff* | *Counsel for Defendants* |