UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 8:24-CV-00927-JSM-AAS

FRANCISCO MATDONADO,

    Plaintiff,

vs.

TRUST ROOFING, INC.,
ROBIN SCHERER, AND
WINNIE SCHERER,

    Defendants.
_____/

**STIPULATION REGARDING FILING AMENDED COMPLAINT**

Plaintiff, Francisco Matdonado, and Defendants, Trust Roofing, Inc., Robin Scherer, and Winnie Scherer, (collectively, the "Parties") hereby file this stipulation, and state as follows:

1. For purposes of resolving issues related to the Motion to Strike Affirmative Defenses filed by Plaintiff, the parties stipulated to Defendant filing an Amended Answer and Defenses.

2. As such, pursuant to Federal Rule of Civil Procedure 15(a)(1)(2), Plaintiff consents in writing to Defendant filing an Amended Answer and Defenses with the Court.

Respectfully submitted this 19th day of August 2024.

| | |
|---|---|
| s/Patrick Brooks LaRou | s/Benjamin W. Bard |
| Brian H. Pollock, Esq. | Benjamin S. Briggs, Esq. |
| Florida Bar No. 174742 | Florida Bar No. 113814 |
| brian@fairlawattorney.com | ben.briggs@arlaw.com |
| Patrick Brooks LaRou, Esq. | Benjamin W. Bard, Esq. |
| Florida Bar No. 1039018 | Florida Bar No. 95514 |
| brooks@fairlawattorney.com | benjamin.bard@arlaw.com |
| FAIRLAW FIRM | ADAMS AND REESE LLP |
| 135 San Lorenzo Avenue, Suite 770 | 100 N. Tampa Street, Suite 4000 |
| Coral Gables, Florida 33146 | Tampa, Florida 33602 |
| Telephone: (305) 230-4884 | Telephone: (813) 402-2880 |
| *Counsel for Plaintiff* | *Counsel for Defendants* |