UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

FRANCISCO MATDONADO,

    Plaintiff,

CASE NO.: 8:24-cv-00927-JSM-AAS

vs.

TRUST ROOFING, INC.,
ROBIN SCHERER, AND
WINNIE SCHERER,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff, Francisco Matdonado, notifies the Court pursuant to M.D. Fla. Local Rule 3.09 that the parties settled the present action and are proceeding to negotiate and then execute the written Settlement Agreement relating to the same.

The parties also agreed that the Plaintiff is the prevailing party and entitled to recover his reasonable attorney's fees and costs from the Defendants related to this action. The amount of such fees and costs payable to Plaintiff's counsel will either be resolved by the parties or determined by the Court pending further negotiations.

Respectfully submitted this 4th day of November 2024,

<u>Brian H. Pollock, Esq.</u>
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:   305.230.4884
*Counsel for Plaintiff*
