UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 8:24-CV-00927-JSM-AAS

FRANCISCO MATDONADO,

    Plaintiff,

vs.

TRUST ROOFING, INC.,
ROBIN SCHERER, AND
WINNIE SCHERER,

    Defendants.
_____/

## JOINT MOTION FOR EXTENSION TO FILE MOTION FOR APPROVAL OF FLSA SETTLEMENT

Plaintiff Francisco Matdonado and Defendants Trust Roofing, Inc., Robin Scherer, and Winnie Scherer (collectively, the "Parties"), by and through their respective undersigned counsel, jointly request that the Court allow them an additional two (2) days, up to and including November 20, 2024, to file their Joint Motion for Approval of the FLSA Settlement as ordered by the Court in its Endorsed Order dated November 4, 2024 [D.E. 44]. In support of this Joint Motion, the Parties state as follows:

1. On November 4, 2024, Plaintiff filed a Notice of Settlement [D.E. 43] informing the Court that the Parties had reached a settlement agreement.

2. In response to Plaintiff's Notice of Settlement, the Court entered its Endorsed Order [D.E. 44] on November 4, 2024, directing the Parties to file their

Joint Motion for Approval of the FLSA Settlement within fourteen (14) days of the Order—on or before November 18, 2024.

3. The Parties have not completed, but are working diligently to finalize, the written drafts of their settlement agreement and joint motion requesting the Court's approval of the same.

4. The Parties anticipate that they will be able to resolve the remaining issues and finalize the written drafts of their Settlement Agreement and Joint Motion for Approval of FLSA Settlement within two (2) days—on or before November 20, 2024.

5. This motion is being made in good faith and is not being interposed for purposes of delay.

6. No party will be prejudiced by this brief requested extension of time.

7. "When an act may or must be done within a specified time, the court may, for good cause, extend the time … if a request is made … before the original time … expires." Fed. R. Civ. P. 6(b)(1).

WHEREFORE, for the foregoing reasons, the Parties respectfully request that the Court enter an order extending the Parties' deadline to file their Joint Motion for Approval of FLSA Settlement until on or before November 20, 2024.

Respectfully submitted this 18th day of November 2024.

| | |
|---|---|
| *s/ Patrick Brooks LaRou* | *s/ Benjamin S. Briggs* |
| Brian H. Pollock, Esq. | Benjamin S. Briggs, Esq. |
| Florida Bar No. 174742 | Florida Bar No. 113814 |
| brian@fairlawattorney.com | ben.briggs@arlaw.com |
| Patrick Brooks LaRou, Esq. | Benjamin W. Bard, Esq. |
| Florida Bar No. 1039018 | Florida Bar No. 95514 |
| brooks@fairlawattorney.com | benjamin.bard@arlaw.com |
| FAIRLAW FIRM | ADAMS AND REESE LLP |
| 135 San Lorenzo Avenue, Suite 770 | 100 N. Tampa Street, Suite 4000 |
| Coral Gables, FL 33146 | Tampa, Florida 33602 |
| Telephone: (305) 230-4884 | Telephone: (813) 402-2880 |
| *Counsel for Plaintiff* | *Counsel for Defendants* |