UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FRANCISCO MATDONADO,

    Plaintiff,

v.                                Case No: 8:24-cv-927-JSM-AAS

TRUST ROOFING, INC., ROBIN
SCHERER and WINNIE SCHERER,

    Defendants.

## **ORDER**

THIS CAUSE comes before the Court on the Notice of Settlement (Dkt. 43) and the Joint Motion to Approve Settlement and Dismiss with Prejudice (Dkt. 47). Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1. The Joint Motion to Approve Settlement and Dismiss with Prejudice (Dkt. 47) is GRANTED.

2. The settlement is approved.

3. This action is DISMISSED WITH PREJUDICE.

4. All pending motions are denied as moot.

5. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Tampa, Florida, this 25th day of November, 2024.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record